Receipt #12521
Ck # 105

FILED
U.S. BANKRUPTCY COURT
2010 OCT 13 PM 3:55
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: HEFFERNAN, CHRISTOPHER AND TINA | ) | CASE NO. 09-44287 |
| | ) | HON. KAY WOODS |
| DEBTOR | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

Richard G. Zellers, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| | |
|---|---|
| City of Hubbard<br>P.O. Box 307<br>Hubbard, OH 44425 | $161.15 |
| Ohio Dept. of Taxation<br>P.O. Box 2057<br>Columbus, OH 43270 | $866.92 |
| Pa Dept. of Revenue<br>1 Revenue Place<br>Harrisburg, PA 17129 | $250.93 |

2. Your Trustee's Check for $1,279.00 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: 10/12/10

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 STARRS CENTER DR.
CANFIELD, OH 44406